IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL WILLIAM BRADLEY,
    Plaintiff,

vs.                        Case No. 3:14cv653/LAC/EMT

DAVID WIGGINS, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 16, 2015 (doc. 10).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's federal claims against all Defendants are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B).

3.    Plaintiff's state law claims are **DISMISSED without prejudice**.

4.    The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 18th day of May, 2015.

                                            *s/L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**